**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KETTRICIA PETERSON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00137-JRG |
| MONDELEZ INTERNATIONAL, INC., | § § § | |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), signed by all parties to the above-captioned action. (Dkt. No. 30).  In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, pursuant to Rule 41(a)(1)(A)(ii) the above captioned action is **DISMISSED-WITH-PREJUDICE**.  Each party is to bear their own costs and fees.  The Clerk of Court is directed to **CLOSE** the above-captioned action.

So ORDERED and SIGNED this 20th day of May, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE